UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ELLEN LOVING, individually

Plaintiff,

vs.

SAFECO INSURANCE COMPANY OF ILLINOIS, an Illinois insurance company; DOES 1-25 and XYZ Corporations 1-25, inclusive,

Defendants.

Case No.  3:26-cv-00354-ART-CSD

**ORDER GRANTING**

**STIPULATION AND ORDER TO EXTEND TIME TO FILE OPPOSITION TO DEFENDANT'S MOTION TO DISMISS and REPLY TO PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS**

The parties hereto, by and through their undersigned counsel, hereby stipulate and agree that Plaintiff ELLEN LOVING may have a two (2) week extension to file her Opposition to

-1-

*Defendant's Motion to Dismiss.* Accordingly, Plaintiff shall have up to and including Tuesday, June 16, 2026, to file her Opposition to *Defendant's Motion to Dismiss.*

The parties further stipulate and agree that Defendant SAFECO INSURANCE COMPANY OF ILLINOIS may have a two (2) week extension to file its Reply to Plaintiff's Opposition. Accordingly, Defendant shall have up to three (3) weeks to file its Reply from the date Plaintiff's Opposition is filed.

**DATED** this 26th day of May, 2026.

**ROSE LAW**

/s/ Sean P. Rose

SEAN P. ROSE, ESQ.
State Bar No. 5472
KYLE P. ROSE, ESQ.
State Bar No. 17284
150 W. Huffaker Lane, Suite 101
Reno, Nevada 89511
(775) 777-7777

In Association with:

**GERBER LAW OFFICES**
TRAVIS GERBER, ESQ.
State Bar No. 8083
ZACHARY GERBER, ESQ.
State Bar No. 13128
491 4th Street
Elko, NV  89801
(775) 738-9258

*Attorneys for Plaintiff ELLEN LOVING*

**CLYDE & CO US LLP**

/s/ Dylan P. Todd

AMY M. SAMBERG, ESQ.
State Bar No. 10212
DYLAN P. TODD, ESQ.
State Bar No. 10456
7251 W. Lake Mead Blvd., Ste. 430
Las Vegas, NV 89128
(725) 248-2900

*Attorneys for Defendant Safeco Insurance Company of Illinois*

**ORDER**

Based on the parties' stipulation, and good cause appearing, Plaintiff shall have up to and including Tuesday, June 16, 2026, to file her Opposition to Defendant's Motion to Dismiss. Defendant SAFECO INSURANCE COMPANY OF ILLINOIS shall file its Reply in support of its motion no later than Tuesday, July 7, 2026.

IT IS SO ORDERED.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

Dated: May 27, 2026