**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ELLEN LOVING, individually, | CASE NO.: 3:26-cv-00354-ART-CSD |
| Plaintiff, | |
| v. | **ORDER** |
| SAFECO INSURANCE COMPANY OF ILLINOIS, an Illinois insurance company; DOES 1-25 and XYZ Corporations 1-25, inclusive, | **GRANTING STIPULATION TO STAY (ECF No. 12)** |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by Defendant Safeco Insurance Company of Illinois ("Safeco") and Plaintiff Ellen Loving ("Plaintiff") to stay this litigation pending the outcome of mediation which is currently set for September 8, 2026.

The Parties represent that good cause exists to grant this request on the grounds that mediation, if successful, will resolve the entire case. The Parties are requesting the stay so that they can conserve costs and expenses that could be better directed to case resolution. Following the filing of Safeco's Motion to Dismiss (ECF No. 7), the Parties commenced discussions regarding potential resolution. In furtherance of those discussions, the Parties entered into a stipulation and order to extend the briefing deadlines for the Motion to Dismiss. (ECF No. 10). The Parties continued those discussions which have resulted in the scheduling of a mediation to take place with Hon. Jennifer Togliatti (ret.) on September 8, 2026, in Reno, Nevada.

In order to provide the best chances for success at mediation, the Parties have agreed and jointly request that the Court stay all deadlines and litigation until such time as mediation is

- 1 -

completed.

In the event that mediation is successful, the parties will file a Joint Status Report Re: Settlement advising the Court that mediation was successful and provide a timeline for the anticipate exchange of settlement documents and filing of a stipulation for case dismissal. If mediation is unsuccessful, the Joint Status Report will advise the Court of the same and provide proposed deadlines for the completion of briefing on Safeco's Motion to Dismiss.  The Parties anticipate filing the Joint Status Report Re: Mediation by no later than September 11, 2026.

IT IS RESPECTFULLY SUBMITTED.

Dated: June 19, 2026

CLYDE & CO US LLP

*/s/ Dylan P. Todd*
_____
Amy M. Samberg (NV Bar No. 10212)
Dylan P. Todd (NV Bar No. 10456)
7251 W. Lake Mead Blvd., Suite 430
Las Vegas NV  89128
Telephone: 725-248-2900
*Attorneys for Defendant,*
*Safeco Insurance Company of Illinois*

Dated: June 19, 2026

ROSE LAW

*/s/ Sean P. Rose*
_____
Sean P. Rose (NV Bar No. 5472)
Kyle P. Rose (NV Bar No. 17284)
150 W. Huffaker Lane, Suite 101
Reno, NV 89511
(775) 777-7777

In Association with:

GERBER LAW OFFICES
Travis Gerber (NV Bar No. 8083)
Zachary Gerber (NV State Bar 13128)
491 4th Street
Elko, NV  89801
(775) 738-9258
*Attorneys for Plaintiff,*
*Ellen Loving*

*Loving v. Safeco Insurance Company of Illinois*
*Case No.: 3:26-cv-00354-ART-CSD*

## ORDER

**BASED ON THE STIPULATION OF THE PARTIES** and good cause appearing; therefore

**IT IS SO ORDERED** that this case is stayed pending the outcome of mediation on September 8, 2026.  The Parties shall file a Joint Status Report by September 11, 2026, advising whether mediation was successful, and if unsuccessful, provide proposed deadlines for completion of briefing on Safeco's Motion to Dismiss.

_____
Anne R. Traum
United States District Judge

Dated: June 22, 2026

Respectfully Submitted by:

CLYDE & CO US LLP

*/s/ Dylan P. Todd*
_____
Amy M. Samberg (NV Bar No. 10212)
Dylan P. Todd (NV Bar No. 10456)
7251 W. Lake Mead Blvd., Suite 430
Las Vegas NV  89128
Telephone: 725-248-2900
*Attorneys for Plaintiff,*
*Safeco Insurance Company of Illinois*

- 3 -