**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ELLEN LOVING, individually,<br><br>Plaintiff,<br><br>v.<br><br>SAFECO INSURANCE COMPANY OF ILLINOIS, an Illinois insurance company; DOES 1-25 and XYZ Corporations 1-25, inclusive,<br><br>Defendants. | CASE NO.: 3:26-cv-00354-ART-CSD<br><br>**ORDER GRANTING**<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

///

///

///

///

///

///

///

IT IS HEREBY STIPULATED AND AGREED by Defendant Safeco Insurance Company of Illinois ("Safeco") and Plaintiff Ellen Loving ("Plaintiff") by and through their respective counsel of record that Plaintiff will dismiss her entire Complaint and all claims contained therein with prejudice, with each party to bare their own costs.

Accordingly, the parties hereby agree and stipulate to dismiss Defendant from this action in its entirety.

IT IS RESPECTFULLY SUBMITTED.

Dated: October 13, 2026

CLYDE & CO US LLP

/s/ Dylan P. Todd
Amy M. Samberg (NV Bar No. 10212)
Dylan P. Todd (NV Bar No. 10456)
7251 W. Lake Mead Blvd., Suite 430
Las Vegas NV 89128
Telephone: 725-248-2900
***Attorneys for Defendant,***
***Safeco Insurance Company of Illinois***

Dated: October 13, 2026

ROSE LAW

/s/ Sean P. Rose
Sean P. Rose (NV Bar No. 5472)
Kyle P. Rose (NV Bar No. 17284)
150 W. Huffaker Lane, Suite 101
Reno, NV 89511
(775) 777-7777

In Association with:

GERBER LAW OFFICES
Travis Gerber (NV Bar No. 8083)
Zachary Gerber (NV State Bar 13128)
491 4th Street
Elko, NV 89801
(775) 738-9258
***Attorneys for Plaintiff,***
***Ellen Loving***

**ORDER**

**BASED ON THE STIPULATION OF THE PARTIES** and good cause appearing; therefore

**IT IS SO ORDERED** that this case is dismissed with prejudice.

Dated this 13th day of October, 2026.

ANNE R. TRAUM
UNITED STATES DISTRICT COURT JUDGE